UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and STATE FARM FIRE
& CASUALTY COMPANY,

                         Plaintiffs,

             v.

ELECTROPHYSIOLOGIC MEDICAL
DIAGNOSTICS, P.C., DINA S. NELSON, M.D.,
LIYE LI, M.D., JEAN BAPTISTE SIMEON, M.D.,
YUQING ZHANG, M.D., NABIL ELHADIDY,
M.D., and ELIZABETH CHANDLER, M.D.,

                         Defendants.

**MEMORANDUM
AND ORDER ADOPTING
REPORT AND
RECOMMENDAION**

18-CV-7467 (LDH) (ST)

---

LaSHANN DeARCY HALL, United States District Judge:

       On September 17, 2019, United States Magistrate Judge Steven Tiscione issued a supplemental Report and Recommendation recommending that this Court award Plaintiffs damages in the amount of $52,384.18 against Nabil Elhadidy and damages in the amount of $52,775.25 against Jean Baptiste Simeon. The parties were given until October 1, 2019, to file objections to the supplemental Report and Recommendation. No objections have been filed. Where no objections to a Report and Recommendation have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011) (quoting *Urena v. New York*, 160 F. Supp. 2d 606, 609–10 (S.D.N.Y. 2001)). The Court has reviewed the record and the supplemental Report and Recommendation for clear error and, finding none, hereby adopts Magistrate Judge Tiscione's supplemental Report and Recommendation in its entirety as the opinion of the Court. Accordingly, State Farm Fire & Casualty Co. is awarded $33,817.02 by Nabil Elhadidy and $21,266.97 by Jean Baptiste Simeon, and State Farm Mutual Automobile

Insurance Co. is awarded $18,567.16 by Nabil Elhadidy and $31,508.28 by Jean Baptiste Simeon.

                                        SO ORDERED:

Dated: Brooklyn, New York             /s/ LDH
       April 23, 2020                      LaSHANN DeARCY HALL
                                        United States District Judge